| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HILARY POTASHNER (Bar No. 167060)<br>Federal Public Defender<br>TRACY CASADIO (Bar No. 235557)<br>(E-mail: Tracy_Casadio@fd.org)<br>DEVON HEIN (Bar No. 287832)<br>(E-mail: Devon_Hein@fd.org)<br>Deputy Federal Public Defenders<br>Office of the Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-5375; Facsimile: (213) 894-0081<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Contemnor Kenneth Gharib | FILED<br>CLERK, U.S. DISTRICT COURT<br>2/14/19<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: CS   DEPUTY<br><br>SACV19-300-AB |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>KENNY G. ENTERPRISES, LLC<br><br><br><br><br>                                          Debtor(s). | CASE NO.:11-BK-24750-TA<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| <br>                          Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br><br><br>                          Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Kenneth Gharib

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (*describe*): Witness/Contemnor

| December 2018 | Page 1 | Official Form 417A |
|---|---|---|

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   CORRECTED ORDER DENYING CONTEMNOR KENNETH GHARIB'S MOTION FOR RELEASE FROM CUSTODY AND TO LIFT ORDER OF CONTINUING CIVIL CONTEMPT (Dkt. No. 729)

2. The date the judgment, order, or decree was entered: 02/12/2019

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Thomas H. Casey, Chapter 7 Trustee

   Attorney:

   Thomas H. Casey - Bar No. 13 8264; Kathleen J. McCarthy - Bar No. 132637
   LAW OFFICE OF THOMAS H. CASEY, INC., A PROFESSIONAL CORPORATION
   22342 A venida Empresa, Suite 245
   Rancho Santa Margarita, CA 92688
   Telephone: (949) 766-8787; Facsimile: (949) 766-9896
   Email: tomcasey@tomcaseylaw.com; kmccarthy@tomcaseylaw.com

2. Party: Mosta aka Mostafa Karimabadi; Monir Zarrinnegar

   Attorney:

   Ronald Richards, Esq #176246
   LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
   P.O. BOX 11480
   Beverly Hills, CA 90213
   Telephone: (310) 556-1001; Facsimile: (310) 277-3325
   Email: ron@ronaldrichards.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Devon L. Hein                                       Date: 02/13/2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# ATTACHMENT TO

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

FILED & ENTERED

FEB 12 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

KENNY G. ENTERPRISES, LLC

Debtor(s).

Case No.: 8:11-bk-24750-TA

CHAPTER 7

***CORRECTED*** ORDER DENYING CONTEMNOR KENNETH GHARIB'S MOTION FOR RELEASE FROM CUSTODY AND TO LIFT ORDER OF CONTINUING CIVIL CONTEMPT

Hearing:
Date:   February 6, 2019
Time:   11:00 a.m.
Ctrm:   5B

Continued Status Conferences:
Date:   August 1, 2019
Time:   11:00 a.m.
Ctrm:   5B

A hearing was held on Contemnor Kenneth Gharib's Motion for Release from Custody and to Lift order of Continuing Civil Contempt ("Motion") at the date and time stated above.

For the reasons stated in the court's accompanying Memorandum of Decision, the motion is DENIED.

-1-

1     Kenneth Gharib is remanded to continued custody of the U.S. Marshal.
2     The status conferences for evaluation of the continued confinement are
3 continued to August 1, 2019 at 11:00 a.m.

###

Date: February 12, 2019

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

-2-

Case 8:19-cv-00304-AB Document 1 Filed 02/14/19 Page 63/19 Page 29 #:6
Main Document    Page 6 of 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Office of the Federal Public Defender, 321 E. 2nd Street, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __02/12/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Law Offices of Thomas H. Casey, Inc., on behalf of Trustee Thomas H. Casey (tomcasey@tomcaseylaw.com, kmccarthy@tomcaseylaw.com, kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com, thc@trustesolutions.net)
- Law Offices of Ronald Richards & Associates, A.P.C., on behalf of Creditors Mosta aka Mostafa Karimabadi and Monir Zarrinnegar (ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com; raventv1@aol.com)
- United States Trustee (SA) (frank.cadigan@usdoj.gov, ustpregion16.sa.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/2019 | MICHELLE CARLOS | /s/ Michelle Carlos |
|---|---|---|
| Date | Printed Name | Signature |