1
2
3
4
5

Ronald Richards, Esq #176246
LAW OFFICES OF
RONALD RICHARDS & ASSOCIATES, A.P.C.
P.O. BOX 11480
Beverly Hills, CA  90213
(310) 556-1001 office
(310) 277-3325 facsimile
Email:  ron@ronaldrichards.com

6
7

Attorneys as Special Counsel for Thomas S. Casey, Trustee
Attorneys for creditor, MOSTAFA KARIMABADI

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

| | |
|---|---|
| In re<br><br>KENNY G ENTERPRISES, LLC,<br><br>            Debtor.<br>_____<br><br>Kenneth Gharib<br><br>        Appellant<br><br>vs.<br><br>Thomas S. Casey, Trustee, Mostafa Karimbadi<br><br>        Appellees | Case No. 8:19−cv−00300−AB<br><br>BK Case No. 8:11-bk-24750-TA<br><br>Chapter 7<br><br>**NOTICE OF RELATED CASES AND CERTIFICATION OF INTERESTED PARTIES** |

25
26

**PLEASE TAKE NOTICE OF THE RELATED DISTRICT COURT CASES**

**AND INTERESTED PARTIES:**

27

**I. CERTIFICATION OF INTERESTED PARTIES**

28

The undersigned, counsel of record for Appellant-Contemnor Kenneth Gharib in

the above-captioned bankruptcy case, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made toenab le the Court to evaluate possible disqualifications or recusal.

1. Monir Zarrinnegar, wife of Mosta aka Mostafa Karimabadi.

The undersigned counsel are unaware of any other persons, association of any other persons, firms, partnership, or corporation that may have a pecuniary interest in the outcome of this bankruptcy appeal. *See* LBR 8001-1; C.D. Cal. L. Bankr. R. 2.1; C.D. Cal. Civil L.R. 7.1-1.

## II. NOTICE OF RELATED CASES

The undersigned, counsel of record for Appellant-Contemnor Kenneth Gharib in the above-captioned bankruptcy case, hereby notifies the Court that the following related civil cases have been filed in this District:

1. *Kenny G Enterprises LLC et al v. Casey*, Case No. 8:15-cv-00551-GW;

2. *In Re Kenny G Enterprises*, Case No. 8:16-cv-01946-GW;

3. *In re Kenny G Enterprises*, Case No. 8:17-cv-00389-GW;

4. *In re: Kenny G Enterprises*, Case No. 8:16-cv-00848-GW; and

5. *In Re: Kenny G Enterprises LLC*, Case No. 8:16-cv-00319-GW.

Dated: February 19, 2019

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
By:
  /s Ronald Richards
_____
Ronald Richards, Attorneys for creditor, MOSTAFA KARIMABADI,
Special Counsel for Thomas S. Casey, Trustee